IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA J. CHRONISTER**                                                      **PLAINTIFF**

**V.**                              **4:03CV272JMM**

**BAPTIST HEALTH AND UNUM LIFE**
**INSURANCE COMPANY OF AMERICA**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on October 15, 2007, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 15th day of October 2007.

_____
James M. Moody
United States District Judge