IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDRA J. CHRONISTER                                                                    PLAINTIFF

V.                                              4:03CV272JMM

BAPTIST HEALTH AND UNUM LIFE
INSURANCE COMPANY OF AMERICA                                            DEFENDANTS

## JUDGMENT

In accordance with the Mandate of the Eighth Circuit Court of Appeals issued on May 21, 2009, judgment is entered in favor of the Plaintiff Sandra J. Chronister and against the Defendants. Plaintiff's disability benefits are hereby reinstated. Costs and attorneys fees in the amount of $30,000 are awarded to the Plaintiff.

IT IS SO ORDERED this 8th day of July, 2009.

_____
James M. Moody
United States District Judge